# REED McCLURE
ATTORNEYS AT LAW

A PROFESSIONAL SERVICES CORPORATION
TWO UNION SQUARE
601 UNION STREET, SUITE 4901
SEATTLE, WASHINGTON 98101-3920
FAX   206/223 0152
206/292-4900

FILED
LODGED         RECEIVED

OCT - 3 2002

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

IN REPLY REFER TO OUR FILE NUMBER

031224 000001

WRITER'S DIRECT LINE

(206) 386-7047
merickson@rmlaw com

October 1, 2002

Ms. Gail Glass
Deputy Clerk to Judge Lasnik
United States District Court
Western District of Washington
215 U.S. Courthouse
Seattle, WA  98104

RE:   *Little v Windermere*
      Cause No. C98-1184L

CV 98-01184 #00000084

Dear Ms. Glass:

The parties have reached a settlement and are in the process of completing the settlement documentation   A stipulated motion and order for dismissal will be filed within the next few weeks.

Should you have any questions, or need further information, please do not hesitate to call

Very truly yours,

REED McCLURE

Marilee C Erickson

.mce

cc.   Patrick Rothwell
      Maureen Little

#133974 v1